UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  EDCV 12-00529 JVS (SPx)                        Date  July 24, 2012

Title  Rickey Bradford v. GMAC Mortgage LLC, et al.

Present: The Honorable   James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers)  Order to Show Cause re Dismissal for Lack of Prosecution

**On June 11, 2012, the Court granted defendants motion to dismiss without prejudice.   Plaintiff was granted 20 days leave to amend the complaint.    As of today, an amended complaint has not been filed.**

**The Court hereby ORDERS plaintiff to show cause, in writing, not later than August 2, 2012,  why this action should not be dismissed for lack of prosecution.**

                                                                                                            :    00

                                                           Initials of Preparer      kjt