JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rickey Bradford,<br><br>      Plaintiff,<br><br>   v.<br><br>GMAC Mortgage LLC, et al.,<br><br>      Defendants. | EDCV 12-00529-JVS(SPx)<br><br>ORDER OF DISMISSAL FOR<br><br>LACK OF PROSECUTION |

    The Court having issued an Order to Show Cause on <u>July 24, 2012</u> as to why this action should not be dismissed for lack of prosecution, with a written response due on August 2, 2012 and no response having been made,

    IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: August 2, 2012

_____
James V. Selna
United States District Judge