JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Rickey Bradford, | ) | EDCV 12-00529-JVS(SPx) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL FOR |
| | ) | |
| v. | ) | LACK OF PROSECUTION |
| | ) | |
| GMAC Mortgage LLC, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

     The Court having issued an Order to Show Cause on

     July 24, 2012     as to why this action should not be

dismissed for lack of prosecution, with a written response due on

August 2, 2012 and no response having been made,


     IT IS HEREBY ORDERED that this action is dismissed for lack of

prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).


DATED: August 2, 2012

_____
James V. Selna
United States District Judge